## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE DEE FLETCHER,<br><br>                  Plaintiff,<br><br>v.<br><br>DREESEN, et al.,<br><br>                  Defendants. | Case No.: 2:22-cv-01777-MMD-NJK<br><br>**Order**<br><br>(Docket Nos. 14, 15, 18, 19, 21, 22, 23, 24, 25) |

On February 8, 2023, the Court dismissed Plaintiff's complaint in its entirety without prejudice with leave to amend to file an amended complaint that complied with the Federal Rules of Civil Procedure, the District of Nevada Local Rules, and General Order No. 2021-05.  Docket No. 12 at 13.  The Court gave Plaintiff 30 days to submit an amended complaint.  *Id.*  In response, Plaintiff filed several motions:  a motion for notice of appeal, a motion to remove conflicts, a motion to file excess pages, motion to transfer exhibits, a motion to sever, a motion demanding file-stamped copies, a motion for document request, a motion to withdraw document, and a motion for an extension of time.  Docket Nos. 14, 15, 18, 19, 21, 22, 23, 24, 25.  The Court now addresses these motions.

The Court denies Plaintiff's motion to file a notice of appeal in this Court to appeal an order of the Nevada Supreme Court.  Docket No. 14.  As explained in the screening order, Plaintiff cannot appeal Nevada Supreme Court decisions to this Court based on the *Rooker-Feldman* doctrine.  *See* Docket No. 12 at 11-12.

The Court denies Plaintiff's motion to remove conflicts.  Docket No. 15.  As explained in the screening order, the Court knows that Florence McClure Women's Correctional Center ("FMWCC") is not representing Plaintiff but instead lists FMWCC in the represented area for e-filing purposes.  *See* Docket No. 12 at 12.

The Court denies Plaintiff's motion to exceed the page limit in her not-yet-drafted amended complaint. Docket No. 18 at 1. Plaintiff explains that her original complaint was 25 pages long but she needs to exceed the 30-page limit to comply with the Court's screening order. *Id.* Plaintiff misunderstands the Court's screening order because the order told Plaintiff that her numerous defendants and claims might not be properly joined in this lawsuit. In other words, Plaintiff should consider reducing the claims and defendants in her amended complaint. In order to help Plaintiff understand how to draft a properly amended complaint, the Court will send Plaintiff a copy of General Order 2021-05.

The Court denies Plaintiff's motion to transfer the exhibits from her original complaint and attach them to her amended complaint. Docket No. 19 at 2. As explained in General Order 2021-05:

> It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. Failure to state the facts and claims within the body of the complaint or amended complaint, without reference to any attached exhibits or affidavits, may result in dismissal.

General Order 2021-05 (Oct. 31, 2021) at 2.

Plaintiff filed a motion to sever and then later filed a motion to withdraw that motion. Docket Nos. 21, 24. The Court grants Plaintiff's motion to withdraw her motion to sever. The motion to sever is withdrawn.

The Court denies Plaintiff's motion to demand that defendants provide her file-stamped copies. Docket No. 22. It appears from Plaintiff's motion that she may misunderstand how e-filing from FMWCC works. Pursuant to the District of Nevada's Fifth Amended General Order 2012-01, the NDOC staff scans Plaintiff's documents into a PDF and then transmits those documents to the Court electronically. Fifth Amended General Order 2012-01 (Sept. 3, 2020) at 2. NDOC staff will return the original documents to the Plaintiff. *Id.* NDOC staff will print the electronic transmission receipt and return it to Plaintiff. *Id.* When a document is being sent to Plaintiff, the NDOC staff will print the electronic transmission receipt, the hyperlinked order, and

other documents filed by the Court. *Id.* The Clerk of the Court will provide Plaintiff with a copy of the Fifth Amended General Order 2012-01.

The Court denies Plaintiff's motion for a copy of the document filed at Docket No. 17. Docket No. 23. In the motion, Plaintiff asserts that FMWCC staff told Plaintiff that they did not receive a copy of the filing at Docket No. 17; Plaintiff seeks confirmation of the truth of this statement. *Id.* Plaintiff also seeks a copy of that document. *Id.* The Court confirms that it did not send Docket No. 17 to Plaintiff because that document was an internal court document entitled "proposed order on mandate." The actual order on the mandate, and not the proposed document, was docketed at Docket No. 20.

Finally, the Court grants Plaintiff's motion for an extension of time to file her amended complaint. Docket No. 25. Plaintiff will file her amended complaint on or before April 14, 2023. If Plaintiff chooses not to file an amended complaint by that date, the Court will recommend dismissal without prejudice. *See* Docket No. 12 at 14.

## CONCLUSION

IT IS THEREFORE ORDERED that the motion to file notice of appeal, Docket No. 14, is **DENIED**.

IT IS FURTHER ORDERED that the motion to remove FMWCC and conflicts, Docket No. 15, is **DENIED**.

IT IS FURTHER ORDERED that the motion to exceed page limit, Docket No. 18, is **DENIED**.

IT IS FURTHER ORDERED that the motion to transfer exhibits, Docket No. 19, is **DENIED**.

IT IS FURTHER ORDERED that the motion to withdraw the motion to sever, Docket No. 24, is **GRANTED**. The Clerk of the Court will **WITHDRAW/STRIKE** the motion to sever, Docket No. 21, from the docket.

IT IS FURTHER ORDERED that the motion demanding file-stamped copies, Docket No. 22, is **DENIED**.

IT IS FURTHER ORDERED that the motion for document request, Docket No. 23, is **DENIED**.

IT IS FURTHER ORDERED that the motion for an extension of time, Docket No. 25, is **GRANTED**. Plaintiff will file an amended complaint on or before April 14, 2023. If Plaintiff chooses not to file an amended complaint by that date, this action will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff copies of General Order 2021-05 (Oct. 31, 2021) and Fifth Amended General Order 2012-01 (Sept. 3, 2020).

DATED: March 9, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE