UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE DEE FLETCHER,<br><br>    Plaintiff(s),<br><br>v.<br><br>DREESEN, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01777-MMD-NJK<br><br>**Order** |

In light of the assertions made in Plaintiff's filings, *see* Docket Nos. 29, 30, the Court hereby **SETS** a status conference for 10:00 a.m. on April 11, 2023, in Courtroom 3C. Plaintiff must attend the hearing in person.

In addition, the Clerk's Office is **INSTRUCTED** to serve this order on the Office of the Nevada Attorney General, which must coordinate Plaintiff's personal appearance at the hearing. In addition, a representative from that office must attend the hearing in person.

IT IS SO ORDERED.

Dated: April 7, 2023

                                                                       Nancy J. Koppe<br>
                                                                       United States Magistrate Judge