UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHERINE DEE FLETCHER,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>DREESEN, *et al.*,<br>　　　　　　　　　Defendants. | Case No. 2:22-cv-01777-MMD-NJK<br><br>ORDER |

In light of Plaintiff's recent appointment of counsel, the Court denies without prejudice Plaintiff's *pro se* objection and emergency motions (ECF Nos. 28, 29, 30, 36). Plaintiff's attorney may refile these motions if necessary.

DATED THIS 18th Day of April 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE