Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
jeremy_baron@fd.org


*Attorney for Katherine Dee Fletcher

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Katherine Dee Fletcher, | |
|---|---|
| Plaintiff, | Case No. 2:22-cv-01777-MMD-NJK |
| v. | **Unopposed motion for extension of time in which to file amended complaint** |
| Dreesen, et al., | |
| Defendants. | **(First request)** |

Ms. Fletcher respectfully requests an extension of time of thirty-one (31) days, from May 12, 2023, to and including June 12, 2023, in which to file an amended complaint in this case.

1

**ARGUMENT**

2      Ms. Fletcher previously filed a pro se civil rights complaint.  ECF No. 1-1.  The

3   Court dismissed the complaint without prejudice and with leave to amend.  ECF No.

4   12.  The Court then appointed counsel to represent Ms. Fletcher on April 11, 2023.

5   ECF No. 33.  Undersigned counsel made his appearance on April 14, 2023.  ECF No.

6   35.  The counseled amended complaint is currently due May 12, 2023.

7      Undersigned counsel respectfully suggests additional time remains necessary

8   to properly prepare the amended complaint.  Immediately following his assignment

9   to this case, undersigned counsel has been prioritizing this matter based in part on

10  the potential medical concerns at issue here.  Nonetheless, undersigned counsel still

11  needs additional time to file the amended complaint.

12      Counsel has had many discussions with Ms. Fletcher regarding the amended

13  complaint, including the scope of the amended complaint, the relevant allegations to

14  be raised, and the potential causes of action to pursue.  Promptly following his as-

15  signment to this case, undersigned counsel contacted the Nevada Department of Cor-

16  rections to schedule an in-person visit with Ms. Fletcher.  Counsel had an in-person

17  visit with Ms. Fletcher on April 18.  Counsel had a second in-person visit with Ms.

18  Fletcher on April 26.  Counsel has had additional telephone conversations with Ms.

19  Fletcher, including lengthy conversations on May 3 and May 4.  Nonetheless, counsel

20  needs to have additional conversations with Ms. Fletcher about the amended com-

21  plaint before counsel can prepare and file the amended complaint.  Counsel is in the

22  process of scheduling another in-person visit with Ms. Fletcher on or about May 17

23  or May 18.  In short, while counsel and Ms. Fletcher have been diligently communi-

24  cating with each other, counsel and Ms. Fletcher need to continue their discussions

25  before counsel can file the amended complaint.  For that reason, counsel respectfully

26  suggests the requested extension is reasonably necessary.

27

2

Counsel has also been reviewing the relevant records in anticipation of filing the amended complaint. Counsel has reviewed every filing on the docket in this case. Counsel has also been assembling and reviewing additional relevant records, including records produced informally by the Nevada Department of Corrections and records provided by Ms. Fletcher. Counsel recently received a new informal production from the Nevada Department of Corrections on May 8, although there were technical difficulties with the production. Meanwhile, on information and belief, Ms. Fletcher plans to send counsel additional relevant documentation, but counsel has not yet received the relevant documentation from Ms. Fletcher. Counsel intends to fully review these various records before filing the amended complaint. However, counsel is still in the process of collecting records and hasn't yet had a reasonable opportunity to assemble and review the relevant records. For that reason as well, counsel respectfully suggests the requested extension is reasonably necessary.

Once again, counsel understands the time-sensitive nature of these proceedings, which implicate potential medical issues, and counsel has been prioritizing this matter. However, for the reasons discussed above, counsel respectfully suggests additional time is necessary for counsel to file the amended complaint.

Counsel has been working on and will continue to work on many competing professional obligations between the date of his assignment to this case and the new requested deadline for the amended complaint. However, because those competing professional obligations aren't the primary basis for this extension motion, counsel isn't listing those obligations here. Nonetheless, counsel respectfully suggests his competing professional obligations provide an additional basis for the instant extension request.

On May 8, 2023, counsel contacted Deputy Attorney General Randall Gilmer via email and informed him of this extension request. Mr. Gilmer noted the Court previously dismissed the pro se complaint, so Mr. Gilmer doesn't currently have an

active role as counsel in this matter and potentially wouldn't have a basis to object to the request.   Nonetheless, as a matter of professional courtesy, Mr. Gilmer had no objection to the request.   His lack of objection shouldn't be considered a waiver of any procedural defenses or statute of limitations challenges or construed as agreeing with the accuracy of the representations in this motion.

In sum, counsel requests an additional thirty-one (31) days, up to and including June 12, 2023, in which to file the amended complaint.  This is counsel's first request for an extension of time to file the amended complaint.  This motion isn't filed for the purposes of delay, but in the interests of justice, as well as in Ms. Fletcher's interest. Counsel respectfully asks the Court to grant the requested extension.

Dated May 9, 2023.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Jeremy C. Baron
Jeremy C. Baron
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States ~~District~~/Magistrate Judge

Dated: ___May 10, 2023_____

4