# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| KATHERINE DEE FLETCHER, | Case No. 2:22-cv-01777-MMD-NJK |
| --- | --- |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 51, 56] |
| DREESEN, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 51. For good cause shown, the motion to withdraw is **GRANTED**. At this juncture, Plaintiff will revert to proceeding *pro se* and the Clerk's Office is **INSTRUCTED** to update the docket to reflect that status. If Plaintiff wishes to obtain the assistance of an attorney, she may file a motion requesting one.[1]

Also pending before the Court is a motion to vacate and reset the deadline to file an amended complaint. Docket No. 56. For good cause shown, that motion is also **GRANTED**. Plaintiff must file an amended complaint by August 14, 2023.

IT IS SO ORDERED.

Dated: June 14, 2023

                                                          Nancy J. Koppe
                                                        United States Magistrate Judge

---

[1] To be clear, the Court is not empowered to require an attorney to assist Plaintiff, but it may only seek out an attorney to do so. *Mallard v. United States Dist. Ct. for S. Dist. of Iowa*, 490 U.S. 296, 307 (1989). The Court expresses no opinion in this order as to (1) whether a motion seeking attorney assistance will be granted and, if so, (2) whether an attorney will be located who will perform such services.