UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KATHERINE DEE FLETCHER, | Case No. 2:22-cv-01777-MMD-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DREESEN, *et al.*, | |
| Defendants. | |

**I.  DISCUSSION**

On May 18, 2023, the Court denied Plaintiff's motions, including a motion for injunctive relief, because the Court had dismissed Plaintiff's original complaint without prejudice with leave to amend, and there were no current claims upon which the Court could grant relief. (*See* ECF No. 50). After granting counsel's motion to withdraw, the Court granted Plaintiff until August 14, 2023, to file an amended complaint. (ECF No. 57). Plaintiff has not filed an amended complaint but has filed nine motions, which the Court now addresses. (*See* ECF Nos. 52, 58, 59, 60, 61, 62, 63, 64, 65.)

The Court denies Plaintiff's motion for the Court to send her copies of the Federal Rules of Appellate Procedure and Nevada's Local Rules of Practice (ECF No. 52). She should be able to review these rules through the prison's law library system. The Court will send Plaintiff a courtesy copy of the District of Nevada's General Order 2021-05, which should help Plaintiff in drafting her amended complaint.

The Court denies the motions seeking injunctive relief and production of documents (ECF Nos. 58, 59, 60, 61, 63, 64, 65) because there are no current claims upon which the Court could grant relief. *See Pac. Radiation Oncology, LLC v. Queen's Med. Ctr.*, 810 F.3d 631, 633 (9th Cir. 2015) (holding that "[a] court's equitable power lies only over the merits of the case or controversy before it. When a plaintiff seeks injunctive

relief based on claims not pled in the complaint, the court does not have the authority to issue an injunction").

The Court also denies Plaintiff's motion to record any discussions involving her case whether they be at the bench, in chambers, in the car, or anywhere (ECF No. 62).

## II.   CONCLUSION

It is therefore ordered that the motion for copies (ECF No. 52) is denied.

It is further ordered that motions seeking injunctive relief and production of documents (ECF Nos. 58, 59, 60, 61, 63, 64, 65) are denied.

It is further ordered that the motion to record conversations (ECF No. 62) is denied.

It is further ordered that the Clerk of the Court send Plaintiff courtesy copies of the District of Nevada's General Order 2021-05, the approved form for filing a § 1983 complaint, and instructions for the same.

It is further ordered that, if Plaintiff chooses not to file an amended complaint by August 14, 2023, the Court will dismiss this action without prejudice.

DATED THIS 17th Day of July 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE