# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KATHERINE DEE FLETCHER,

    Plaintiff,

v.

DREESEN, *et al.*,

    Defendants.

Case No. 2:22-cv-01777-MMD-NJK

**Order**

Parties must refrain from including personal-data identifiers in documents filed with the Court. *See* Local Rule IC 6-1(a). Plaintiff's exhibit includes addresses, a name of a minor child, and a date of birth. *See e.g.,* Docket No. 169-1 at 124, 126, 130.

Accordingly, the Clerk's Office is **INSTRUCTED** to seal Docket No. 169. <u>Plaintiff must strictly comply with the redaction requirements for personal identifying information moving forward.</u>

IT IS SO ORDERED.

Dated: November 20, 2024

                                                       _____
Nancy J. Koppe
United States Magistrate Judge