# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KATHERINE DEE FLETCHER,

    Plaintiff,

v.

DREESEN, et al.,

    Defendants.

Case No. 2:22-cv-01777-MMD-NJK

**Order**

[Docket Nos. 154, 156]

    Pending before the Court are a motion identifying proposed settlement terms, Docket No. 156, and a motion to inform individual defendants about information to decide on settlement, Docket No. 154. On August 30, 2024, the parties engaged in an inmate early mediation, which was unsuccessful. Docket No. 135. The case then returned to the normal litigation track. *See id.* At this stage, the Court is not involved in the settlement discussions between the parties. If Plaintiff wishes to relay information regarding settlement to the defense, such information must be sent directly to opposing counsel. Such information must not be filed on the docket. Accordingly, these two motions are **DENIED** without prejudice to the parties discussing settlement between themselves.

    IT IS SO ORDERED.

    Dated: November 21, 2024.

                                                   Nancy J. Koppe
                                                   United States Magistrate Judge