# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE DEE FLETCHER,<br>          Plaintiff(s),<br>v.<br>DREESEN, et al.,<br>          Defendant(s). | Case No. 2:22-cv-01777-MMD-NJK<br>**Order**<br>[Docket No. 179] |

Pending before the Court is Defendants' motion to extend time, Docket No. 179, which is **GRANTED**. The deadline to respond to Plaintiff's motion (Docket No. 168) is **EXTENDED** to December 6, 2024.

IT IS SO ORDERED.

Dated: December 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1