# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE DEE FLETCHER,<br><br>    Plaintiff(s),<br><br>v.<br><br>DREESEN, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01777-MMD-NJK<br><br>**Order**<br><br>[Docket No. 183] |

Pending before the Court is Plaintiff's motion to extend her deadline to file a reply brief, Docket No. 183, which is GRANTED. Plaintiff's reply brief must be filed by December 28, 2024.

IT IS SO ORDERED.

Dated: December 20, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge